WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
 Attorney for Plaintiff

FILED'06 JAN 12 16:02USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL GONZALES,**            CV # 04-791-HO

  Plaintiff,

vs.            ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $7,314.31 and expenses in the amount of $12.49 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $173.20 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 12th day of Jan. , 2006.

/s/ Michael R. Hogan
United States District Judge

Submitted on January 11, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
 Attorney for Plaintiff

ORDER - Page 1

Michael Gonzales
CIVIL ACTION NO. 04-791-HO

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and
        Supporting Documents .................................. $12.49

Total Expenses: **$12.49.**

Federal Court Costs:

    Federal Court filing fee ....................................... $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting
        Documents .......................................... $7.00

    Copy costs for Plaintiff's Opening Brief ............................ $12.00

    Copy costs for Plaintiff's Reply Brief .............................. $4.20

Total Costs: **$173.20.**